# UNITED STATES DISTRICT COURT
## For the
## District of Connecticut

------------------------------------------------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff,* | ) | |
| | ) | Case No: 3:19-cr-0251 (MPS) |
| v. | ) | |
| | ) | |
| OLEG KOSHKIN | ) | |
| | ) | |
| *Defendant,* | ) | NOVEMBER 21, 2019 |

## MOTION TO EXTEND TIME FOR FILING OF PRETRIAL MOTIONS

The defendant, Oleg Koshkin, hereby moves the Court for an extension of time by which to file pretrial motions in this matter until December 13, 2019. The current deadline for filing of said motions is November 21, 2019. The defense did not receive Government discovery until Monday November 18, 2019 and as of this time counsel has not had an opportunity to review the materials, nor review them with the defendant. This is the defendant's first motion to extend the deadline for the filing of motions. The case is currently scheduled for jury selection on January 8, 2020. Assistant United States Attorney Vanessa Richards has informed undersigned counsel that the Government has no objection to the requested extension provided the Government is allowed until after December 25, 2019 to respond to the defendant's motions.

Wherefore, the defendant respectfully requests this Court to grant the defendant an extension until December 13, 2019 to file pretrial motions, with the Government's response to be filed at some time after December 25, 2019.

1

The Defendant,
					OLEG KOSHKIN

BY:			/s/
					Cheryl E. Heffernan
					Farver & Heffernan, LLC
					2858 Old Dixwell Avenue
					Hamden, CT 06518
					Tel: 203-230-2500
					Fax: 203-288-4702
					ceh@farverandheffernan.com
					Fed Bar #: ct06473

## **CERTIFICATION**

I hereby certify that the forgoing was filed through the ECF system and will be sent to all counsel of record through the ECF system.

	AUSA Vanessa Richards
	U.S. Attorney's Office
	District of Connecticut				/s/
							Cheryl E. Heffernan