UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO. 3:19CR251 (MPS) |
| | : | |
| OLEG KOSHKIN and | : | |
| PAVEL TSURKAN | : | February 28, 2020 |
| | : | |
| Defendants | : | |

## STATUS REPORT

Following the parties' first appearance before the District Court, the Court issued an order that, by or before February 28, 2020, the parties file a status report setting forth (i) the Government's estimate as to when Defendant Pavel Tsurkan is expected to arrive in the United States, and (ii) the parties' progress in discovery, including whether Mr. Koshkin has access to relevant materials, to necessary translations, and to information seized from him.

Pursuant to this order, the government reports as follows, having conferred with counsel for the defendant Oleg Koshkin:

1. On February 26, 2020, the Estonian Court declared the extradition of Pavel Tsurkan legally admissible. Mr. Tsurkan has ten days to present an appeal from that decision, and if he does so, the appeal must be decided within ten days of its filing. Regardless of any appeal, because he is a citizen of Estonia, the Government of the Republic of Estonia must separately deem him extraditable. Despite requests from the Department of Justice's Office of International Affairs, the government does not have a specific time-table for that process. However, similarly situated defendants have been extradited within seven months from the receipt of the original extradition papers. In the instant case, that would mean that Mr. Tsurkan would be extradited by or before June 2020. This, however, is an estimate.

2. With respect to discovery, in addition to providing materials to defense counsel, the government has provided copies of unprotected material to the defendant at Wyatt. Moreover, the government timely provided the defendant with all of the data seized from him at the time of his arrest. The defense counsel provided a hard-drive for those materials on or about January 3, 2020, and the government downloaded the materials and returned the hard-drive on or about January 7, 2020. This week, defense counsel notified that the government that the defense team is unable to access the download of the defendant's computer. The government has agreed to meet with defense counsel and review the download to rectify the problem. The government has already agreed to produce the original Russian language communications relevant to the instant prosecution within the next two weeks. Further, this week, the government received the electronic media seized from Mr. Tsurkan. Once those devices have been searched, any discoverable material will be provided to the defendant.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

       /s/
VANESSA RICHARDS
ASSISTANT U.S. ATTORNEY
Federal Bar No. phv05095
1000 Lafayette Blvd., 10th Floor
Bridgeport, CT 06604
Tel.: (203) 696-3000

RYAN K. DICKEY
TRIAL ATTORNEY
U.S. Department of Justice, Criminal Division
Computer Crime and Intellectual Property Section
Keeney Building, Suite 600
950 Pennsylvania Avenue, NW
Washington, D.C. 20530
Tel: (202) 616-1509

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2020, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/
VANESSA RICHARDS
ASSISTANT U.S. ATTORNEY