```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA       :
                               : No. 3:19 Cr. 251 (MPS)
     v.                        :
                               :
OLEG KOSHKIN and               :
PAVEL TSURKAN,                 :
                               : August 28, 2020
          Defendants.          :
```

**STATUS REPORT**

The government respectfully submits this Status Report regarding the status of extradition and discovery, in accordance with the order of the Court, dated June 2, 2020.

1.  On or about Sept. 6, 2019, defendant Koshkin was arrested in the Northern District of California. On or about November 1, 2019, Koshkin made his initial appearance in the District of Connecticut. Koshkin is currently detained.

2.  On or about Sept. 6, 2019, defendant Tsurkan was arrested in the Republic of Estonia. Under Estonian law, the extradition of an Estonian national requires both a court decision and the approval of their government. On or about February 26, 2020, an Estonian court declared the declaration of Tsurkan to be legally admissible. On or about August 11, 2020, law enforcement authorities in Estonia advised the Office of International Affairs, U.S. Department of Justice, that Estonia's Minister of Justice has decided to move forward with the extradition proceedings.  As such, a draft of the court decision to extradite

Tsurkan was presented to the appropriate Estonian government officials for their approval. Accordingly, there is reason to believe that the extradition of Tsurkan will be accomplished in the near future, although further information about the exact timing has not yet been made available by the Estonian authorities.

3. Since the last Status Report, dated April 21, 2020, the government has continued to supplement its previous discovery responses. Among other materials, the government has provided counsel for Koshkin with an image of a computer server obtained from France through a Mutual Legal Assistance Treaty request, as well as FBI reports regarding that server and regarding electronic evidence seized from Koshkin at the time of his arrest. Counsel for Koshkin has advised that the defendant has been unable to view certain discovery materials using the computers available to him at Wyatt, and the government is working with counsel to understand what materials are causing the difficulty and to find a way to address the issue.

4. On or about June 26, 2020, Assistant U.S. Attorney Vanessa Richards left government service. This case is now assigned to Assistant U.S. Attorneys Edward Chang and Neeraj Patel and to Trial Attorney Ryan Dickey.

5. Jury selection is currently scheduled for February 3, 2021.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

*Edward Chang*

EDWARD CHANG (ct26472)
NEERAJ PATEL (phv04499)
ASSISTANT UNITED STATES ATTORNEYS
United States Attorney's Office
157 Church St., 25th floor
New Haven, CT 06510
Tel: (203)821-3700

RYAN K. DICKEY
TRIAL ATTORNEY
Computer Crime and Intellectual
  Property Section (CCIPS)
U.S. Department of Justice
950 Pennsylvania Ave., suite 600
Washington, DC 20530
Tel: (202)616-1509

CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2020, a copy of the forgoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*Edward Chang*
EDWARD CHANG
ASSISTANT UNITED STATES ATTORNEY