[Redacted] Serial 100

FD-302 (Rev. 5-8-10)

- 1 of 8 -

UNCLASSIFIED//FOUO

FEDERAL BUREAU OF INVESTIGATION

Date of entry    09/23/2019

    On Friday, September 6, 2019, Oleg Koshkin (KOSHKIN), date of birth [Redacted], was interviewed at Berkeley Police Department, 2100 Martin Luther King Jr. Way, Berkeley, California by Special Agent (SA) Michael Morrison and Staff Operations Specialist (SOS) Jessica Lapinsky.  Also present for the interview was FBI Language Specialist (LS) Zurab Charkviani, who provided translation services.  After being advised of the identities of the interviewing FBI personnel and the nature of the interview, KOSHKIN provided the following information:

    [Agent note:  The interview took place following KOSHKIN's arrest pursuant to a federal warrant issued in the District of Connecticut.  The interview was audio recorded.  KOSHKIN was handcuffed with his hands in front of his body throughout the interview, was provided water, and was escorted to the bathroom as needed.]

    KOSHKIN was asked if he understood English, to which KOSHKIN replied that his English was limited and he preferred to speak through the translator.  KOSHKIN was provided a copy of the Russian language version of the FD-395, Advice of Rights, and SA Morrison reviewed the English-language version with him.  KOSHKIN clarified a point of translation regarding his consent with LS Charkviani, and SA Morrison emphasized that KOSHKIN was not giving up any rights and could stop answering questions at any time.  KOSHKIN executed the waiver at approximately 7:44 AM PDT.

    KOSHKIN confirmed his name was Oleg Koshkin and his date of birth was [Redacted].  He was not taking any medications at the time of the interview, only vitamins.  He had last eaten the previous evening and had gotten approximately four hours of sleep the night before because he had been out at a bar.  He had approximately two beers while at the bar.  He stated that he was sober at the time of the interview.

UNCLASSIFIED//FOUO

Investigation on  09/06/2019  at  Berkeley, California, United States (In Person)

File #  [Redacted]                                                                                           Date drafted  09/10/2019

by  Michael W. Morrison, Jessica Lapinsky

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.