UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 3:19-cr-00251 (MPS) |
| | : | |
| OLEG KOSHKIN | : | September 21, 2020 |

## MOTION TO PERMIT APPEARANCE OF LAW STUDENT INTERN

Pursuant to Local Civil Rule 83.9, the Government respectfully moves to permit the appearance of a law student intern, Ms. Melody Wang, for the purpose of assisting in the representation of the Government in this case. In support of this motion, the Government states as follows:

1. The undersigned Assistant United States Attorney is a member of the New York bar in good standing and is authorized by law to practice in this Court.

2. The undersigned will assume personal professional responsibility for Ms. Wang's work in connection with this proceeding.

3. The undersigned will assist Ms. Wang to the extent necessary.

4. The undersigned will appear with Ms. Wang at all times during any proceedings in this case.

5. The undersigned consents in writing to supervise Ms. Wang pursuant to Local Rule 83.9.

6. With respect to Ms. Wang's qualifications, the undersigned states:

a. Ms. Wang is enrolled in good standing at Yale Law School, a law school approved by the American Bar Association, and expects to receive her Juris Doctor Degree in 2021.

b. Ms. Wang has completed the equivalent of at least two semesters of legal study.

c. Ms. Wang will be introduced to the Court by undersigned counsel.

d. Ms. Wang is working as a law student intern for the United States Attorney's Office and is not employed or compensated by a client.

WHEREFORE, the Government moves to allow Ms. Wang to appear as described above on behalf of the United States in this case.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

*Edward Chang*
EDWARD CHANG (ct26472)
Assistant U.S. Attorney
157 Church Street, 25th Floor
New Haven, CT 06510
Tel.: (203) 821-3826

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 21, 2020, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing, as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

*Edward Chang*
EDWARD CHANG (ct26472)
Assistant United States Attorney
157 Church St., 25th floor
New Haven, CT 06510
Tel: (203) 821-3826