UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : No. 3:19 Cr. 251 (MPS) |
| - v. - | : |
| | : |
| OLEG KOSHKIN, | : |
| | : December 30, 2020 |
| Defendant. | : |

**JOINT STATUS REPORT**

The government, following consultation with defense counsel, respectfully submits this Joint Status Report and Witness and Exhibit List in compliance with the Court's order of December 15, 2020.

The parties agree that portions of the Russian translations contained in GX2, GX4, DX1 DX2 are in dispute. The parties further agree that the proper course is for each party to produce live testimony from qualified witnesses on the issue of the disputed translations. *See.e.g.*, *United States v. Chalarca*, 95 F.3d 239, 246 (2d Cir. 1996). Thereafter, the Court can resolve to its satisfaction the disputes in the normal course of deciding factual issues in contested matters such as the pending motion to suppress.

**Government Witnesses and Exhibits**

FBI Language Specialist Zurab Charkviani
FBI Special Agent Michael Morrison
FBI Language Specialist Margarita Alperovich

GX1:  Advice of Rights form (English)
GX2:  Advice of Rights form (Russian)
GX3:  Audio recording of post-arrest interview
GX4:  Translation by FBI Language Specialist Margarita Alperovich

- 2 -

**Defense Witnesses and Exhibits**

    Oleg Koshkin
    Alexander Tetradze, Expert Russian Translator/Interpreter

    DX1:   Translation by Dmitriy S. Tucker
    DX2:   English Translation of GX2

    Respectfully submitted,

    JOHN H. DURHAM
    UNITED STATES ATTORNEY

    EDWARD CHANG (ct27482)
    ASSISTANT UNITED STATES ATTORNEY
    157 Church St., 25th floor
    New Haven, Connecticut 06510
    Tel: (203)821-3700

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 30, 2020, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing, as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

    EDWARD CHANG