**UNITED STATES DISTRICT COURT**
For the
**District of Connecticut**

---

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| *Plaintiff,* ) | |
| ) | Case No: 3:19-cr-00251 (MPS) |
| v. ) | |
| ) | |
| OLEG KOSHKIN ) | |
| *Defendant,* ) | |
| ) | JANUARY 5, 2021 |

## EXPERT DISCLOSURE

The defendant, through undersigned counsel, hereby discloses that he intends to offer expert testimony at the time of the hearing on the Motion to Suppress, currently scheduled for January 14, 2021, as follows:

**ALEXANDER TETRADZE**
17 Oak Street Watertown MA 02472
Tel (617) 923-3890 Cell: (617) 966-0136

It is anticipated that Alexander Tetradze will testify as to the correct translation of the post arrest interview advisement of rights which is at issue in the Motion to Suppress. It is further anticipated that Mr. Tetradze will testify as to the Russian to English translation of the "Russian version" of the written advisement of rights form signed by Mr. Koshkin during that interview.

Mr. Tetradze's opinions/interpretations will be based on his review of the recorded interview and the written Russian and English version of the advisement form, and his training and experience as outlined in the attached curriculum vita. Mr. Tetradze's opinions to be offered will be to a reasonable degree of certainty in the field of Russian language translation and interpretation.

1

```
                                        The Defendant,
                                        OLEG KOSHKIN

                        BY:          /s/
                                        Cheryl E. Heffernan
                                        Farver & Heffernan, LLC
                                        2858 Old Dixwell Avenue
                                        Hamden, CT 06518
                                        Tel: 203-230-2500
                                        Fax: 203-288-4702
                                        ceh@farverandheffernan.com
                                        Fed Bar #: ct06473
```

## **CERTIFICATION**

I hereby certify that the forgoing was filed through the ECF system and will be sent to all counsel of record through the ECF system.

AUSA Edward Chang
U.S. Attorney's Office-New Haven
District of Connecticut                         /s/
                                        Cheryl E. Heffernan