**ALEXANDER TETRADZE**
17 Oak Street Watertown MA 02472
Tel (617) 923-3890 Cell: (617) 966-0136
E-mail: alextetradze@yahoo.com

**English/Russian/Georgian Interpreter/Translator
Federal Court Professionally Qualified Interpreter
Massachusetts Court Certified Interpreter
US Department of State Contract Interpreter**

EXPERIENCE:

| | |
|---|---|
| 2002 to Present | **U.S. Department of State Office of Language Services**<br>Washington, D.C.<br>**Simultaneous English/Russian/Georgian Interpreter**<br>Simultaneous and/or consecutive interpreting for the U.S. Department of State visitors |
| 2005 to Present | **Massachusetts Office of Court Interpreter Services**<br>Providing interpretation services for court proceedings and related functions |
| 2019 to Present | **SOS International**<br>Interpreting in US Immigration Courts |
| 2005 to 2013 | **U.S. Department of Commerce, SABIT Program**<br>Washington, D.C.<br>**Simultaneous English/Russian Interpreter**<br>Simultaneous interpreting for the U.S. Department of Commerce visitors |
| 2007 to Present | **CENTCOM USA (US Department of Defence)**<br>**Simultaneous English/Russian Interpreter**<br>Simultaneous interpreting at Regional Cooperation Exercises |
| 1993 to 2004 | **Russian-American Broadcasting Company, WRBS-Boston Radio Station,** Newton, MA / Fort Lee, NJ:<br>**Simultaneous Interpreter:**<br>Provide simultaneous voiceover of American TV programs for Russian-speaking population of Greater Boston |
| 1991 to Present | **Freelance Interpreter/Translator:**<br>Various simultaneous and/or consecutive interpreting and translation services for governmental, business, legal, cultural, and educational organizations |

LIST OF MOST RECENT INTERPRETING ASSIGNMENTS:

| | |
|---|---|
| November-Dec. 2019 | **US Department of State, International Visitor Leadership Program Moving Toward Energy Independence – A Project for Georgia**<br>(3 weeks, English/Georgian Simultaneous Interpreting) |
| July-August 2019 | **US Department of State, International Visitor Leadership Program Checks and Balances in National Security – A Project for Georgia**<br>(3 weeks, English/Georgian Simultaneous Interpreting) |

| | |
|---|---|
| April-May 2019 | **US Department of State, International Visitor Leadership Program** <br> **Combating Cybersecurity Crimes – A Project for Kazakhstan** <br> (3 weeks, English/Russian Simultaneous Interpreting) |
| March 2019 | **US Department of State, International Visitor Leadership Program** <br> **Criminal Evidence Management – A Project for Georgia** <br> (3 weeks, English/Georgian Simultaneous Interpreting) |
| August 2018 | **US Department of State, International Visitor Leadership Program** <br> **Engaging Community Leaders in Countering Violent Extremism – A Project for Russia** <br> (3 weeks, English/Russian Simultaneous Interpreting) |
| May-June 2018 | **US Department of State, International Visitor Leadership Program** <br> **Accountability in Government in the United States – A Project for Georgia** <br> (3 weeks, English/Georgian Simultaneous Interpreting) |
| April 2018 | **US Department of State, International Visitor Leadership Program** <br> **Building Bridges between Georgian and U.S. Universities – A Project for Georgia** <br> (3 weeks, English/Georgian Simultaneous Interpreting) |
| February 2018 | **US Department of State, International Visitor Leadership Program** <br> **Academic Integrity in the USA – A Project for Moldova** <br> (3 weeks, English/Russian Simultaneous Interpreting) |
| December 2017 | **US Department of State, International Visitor Leadership Program** <br> **Access to Justice for Vulnerable Populations – A Project for Georgia** <br> (3 weeks, English/Georgian Simultaneous Interpreting) |
| October 2017 | **New Horizons Project, Boston** <br> (1 week, English/Russian Simultaneous Interpreting) |
| September 2017 | **USAID /House Democracy Partnership** <br> **The Role of Parliament in Strengthening Public Integrity Systems** <br> (1 week, English/Georgian Simultaneous Interpreting) |
| July-August 2017 | **US Department of State, International Visitor Leadership Program** <br> **Supporting Netizens: Promoting Engagement with Russian Online Activists – A Project for Russia** <br> (3 weeks, English/Russian Simultaneous Interpreting) |
| June 2017 | **MIT Sloan Executive Education, Cambridge, MA** <br> Global Executive Academy |
| February-May 2017 | **Harvard University/MXAT (Moscow Arts Theater) School** <br> (Interpreting for US students in Moscow) |
| January 2017 | **Kazakhstan Center for Knowledge Assessment, Astana, Kazakhstan** <br> Training program with the US National Board of Medical Examiners |
| December 2016 | **NAFSA Convention, Boston** <br> Interpreting for the Deputy Minister of Education and Science of the Russian Federation |
| 1992 – present | Ongoing interpreting services for various agencies, law firms, insurance companies and courts |

| | |
|---|---|
| <u>EDUCATION:</u> | **School of Foreign Languages**, Tbilisi, Republic of Georgia <br> M.A. in English Translation awarded June, 1987 <br> **Georgian Theatrical Institute,** Tbilisi, Republic of Georgia <br> M.A. in Theater Arts awarded July, 1984 |
| <u>LANGUAGES:</u> | English, Russian, Georgian |
| <u>ADDITIONAL SKILLS:</u> | Boston Tour Guide <br> Radio Journalist |