Crim-Mot hrg (Dec-2008)

HONORABLE: Michael P. Shea  via Zoom
DEPUTY CLERK D. Johnson         RPTR/ECRO/TAPE J. Monette
TOTAL TIME: 3 hours 45 minutes    USPO _____ INTERPRETER Samochrnov/Garnov
DATE: Jan. 14, 2021   START TIME: 11:00   END TIME: 2:45
LUNCH RECESS   FROM: _____ TO: _____
RECESS (if more than ½ hr) FROM: _____ TO: _____

CRIMINAL NO. 3:19CR251 (MPS)     Deft # _____

UNITED STATES OF AMERICA

vs

OLEG KOSHKIN

E. Chang  - M. Wang, law student
                                    AUSA

C. Heffernan
Defendant's Counsel ☒ CJA ☐ Retained ☐ PDA

## HEARING ON CRIMINAL MOTIONS

| | # | | | granted | denied | advisement |
|---|---|---|---|---|---|---|
| ☐ | ___ | Deft _____ | Motion _____ | ☐ | ☐ | ☐ |
| ☒ | 36 | Deft Koshkin | Motion to Suppress | ☐ | ☐ | ☒ |
| ☐ | ___ | Deft _____ | Motion _____ | ☐ | ☐ | ☐ |
| ☐ | ___ | Deft _____ | Motion _____ | ☐ | ☐ | ☐ |
| ☐ | ___ | Deft _____ | Motion _____ | ☐ | ☐ | ☐ |
| ☐ | ___ | Deft _____ | Motion _____ | ☐ | ☐ | ☐ |
| ☐ | ___ | Deft _____ | Motion _____ | ☐ | ☐ | ☐ |
| ☐ | ___ | Deft _____ | Motion _____ | ☐ | ☐ | ☐ |
| ☐ | ___ | Deft _____ | Motion _____ | ☐ | ☐ | ☐ |
| ☐ | ___ | Govt's motion _____ | | ☐ | ☐ | ☐ |
| ☐ | ___ | Govt's motion _____ | | ☐ | ☐ | ☐ |
| ☐ | ___ | Govt's motion _____ | | ☐ | ☐ | ☐ |
| ☐ | ___ | Govt's motion _____ | | ☐ | ☐ | ☐ |
| ☐ | ___ | Deft _____ oral motion _____ | | ☐ | ☐ | ☐ |
| ☐ | ___ | Deft _____ oral motion _____ | | ☐ | ☐ | ☐ |
| ☐ | ___ | Deft _____ oral motion _____ | | ☐ | ☐ | ☐ |
| ☐ | ___ | Govt's oral motion _____ | | ☐ | ☐ | ☐ |
| ☐ | ___ | Govt's oral motion _____ | | ☐ | ☐ | ☐ |

☐ Brief(s) due _____ Response(s) due _____ Replies due _____
☐ Bond ☐ set at $_____ ☐ reduced to $_____ ☐ Non-surety ☐ Surety ☐ PR
☐ Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified
☒ Defendant REMANDED to custody
☐ Competency Hearing ☐ held ☐ continued until _____ at _____
☐ _____ hearing continued until _____ at _____
☐ Court finds defendant _____ ☐ competent ☐ incompetent
☐ Court orders defendant _____ to undergo psychiatric evaluation
☐ Motion Hearing continued until _____ at _____
☐ SEE PAGE II for additional entries