UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | No. 3:19 Cr. 251 (MPS) |
| -- v. -- : | |
| : | |
| OLEG KOSHKIN and : | |
| PAVEL TSURKAN, : | |
| : | March 1, 2021 |
| Defendants. : | |

**STATUS REPORT**

The United States of America ("Government"), by and through undersigned counsel, respectfully submits this status report pursuant to the Court's Order, dated February 25, 2021 [Dkt No. 69].

The Government has been advised that defendant Pavel Tsurkan is planning to travel to the United States on March 4, 2021. Counsel for Mr. Tsurkan has been provided with the written waiver from the U.S. consulate that was required by the airline when Mr. Tsurkan attempted to travel on February 25, 2021. The initial appearance and arraignment of Mr. Tsurkan has been scheduled for March 5, 2021 at noon before the Hon. Robert M. Spector.

Counsel for the government and for both defendants are available for a status conference on Monday, March 8 after 11 a.m. (and before 3 p.m. if possible), or on such other date as may be convenient to the Court.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

*Edward Chang*

EDWARD CHANG (ct26472)
ASSISTANT UNITED STATES ATTORNEY
157 Church Street, 25th Floor
New Haven, CT  06510
T: (203)821-3826 E: Edward.Chang@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on March 1, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing, as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

*/s/ Edward Chang*
EDWARD CHANG