AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:19-cr-251 (MPS) |
| Pavel Tsurkan | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Pavel Tsurkan.

Date:   04/14/2021

/s/ Jonathan J. Einhorn
*Attorney's signature*

Jonathan J. Einhorn (ct00163)
*Printed name and bar number*

129 Whitney Avenue
New Haven, CT 06510

*Address*

einhornlawoffice@gmail.com
*E-mail address*

(203) 777-3777
*Telephone number*

(203) 782-1721
*FAX number*