# UNITED STATES DISTRICT COURT

DISTRICT OF     CONNECTICUT

UNITED STATES OF AMERICA

V.

OLEG KOSHKIN

## GOVERNMENT WITNESS LIST

Case Number: 3:19CR251 (MPS)

| PRESIDING JUDGE<br>Michael P. Shea | | | PLAINTIFF'S ATTORNEY<br>Chang / Dickey | | DEFENDANT'S ATTORNEY<br>Heffernan |
|---|---|---|---|---|---|
| TRIAL DATE (S)<br>June 7,8,9,19,14,15 | | | COURT REPORTER<br>J. Monette | | COURTROOM DEPUTY<br>D. Johnson |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | | 6/7/2021 | | | Russell Handorf - Philadelphia, PA |
| | | 6/7/2021 | | | Conor Phoenix, New Haven, CT |
| | | 6/7/2021 | | | Peter Levashov, Russia |
| | | 6/8/2021 | | | Peter Levashov, Russia |
| | | 6/8/2021 | | | Roberta Holland, New Haven, CT |
| | | 6/8/2021 | | | Jonathan Boyer, New Haven, CT |
| | | 6/8/2021 | | | Michael Morrison, New Haven, CT |
| | | 6/9/2021 | | | Michael Morrison, New Haven, CT |
| | | 6/9/2021 | | | Anthony Chau, New Haven, CT |
| | | 6/10/2021 | | | Conor Phoenix, New Haven, CT |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   1   Pages