UNITED STATES DISTRICT COURT
For the
District of Connecticut

---

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| *Plaintiff,* ) | |
| ) | Case No: 3:19-cr-00251 (MPS) |
| v. ) | |
| ) | |
| OLEG KOSHKIN ) | |
| *Defendant,* ) | |
| ) | AUGUST 18, 2021 |

**MOTION FOR ORDER OF DISCOVERY**

The defendant hereby moves the Court for an order for the Government to produce to the defense all information in it in possession relative to the defendant's bitcoin accounts.

At the time of the hearing on the defendant's motion for pretrial release in April 2021, the Government advised the defense and argued to the Court that the defendant has substantial funds in one or more bit coin accounts. The defense has repeatedly requested the Government to provide the defense with that information to no result. Accordingly the defense is seeking the Court's intervention. As the Court is aware the defendant has been incarcerated for two years and has no access to the internet. He also cannot recall any account numbers or related passwords for such accounts. The Government has this information readily available but for some reason is ignoring the defense's repeated requests. The existence of these accounts and the alleged funds therein is a fact that may be of relevance during the sentencing phase of this matter. There is no valid legal or procedural reason for the Government to refuse to produce this information to the defense.

Wherefore, for the foregoing reasons the defense respectfully requests the Court to order the Government to turn over to the defense any and all information within its possession relative to the defendant's bit coin accounts.

2

                                                The Defendant,
OLEG KOSHKIN

BY:       /s/
Cheryl E. Heffernan
Farver & Heffernan, LLC
2858 Old Dixwell Avenue
Hamden, CT 06518
Tel: 203-230-2500
Fax: 203-288-4702
ceh@farverandheffernan.com
Fed Bar #: ct06473

## **CERTIFICATION**

I hereby certify that the forgoing was filed through the ECF system and will be sent to all counsel of record through the ECF system.

/s/
Cheryl E. Heffernan